IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| VICTOR CHAPARRO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | No. EP-06-CA-0159DB |
| | § | |
| ALAMO GENERAL CONTRACTORS, INC., | § | |
| LAMPSON INTERNATIONAL, LLC., and | § | |
| WESTERN SUMMIT, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S
## MOTION TO COMPEL DISCOVERY RESPONSES

**TO THE HONORABLE U.S. DISTRICT COURT JUDGE:**

COMES NOW, VICTOR CHAPARRO, Plaintiff herein, in the above entitled and numbered cause and files the following Response to Defendant' Motion to Compel Discovery Responses and would respectfully show the Court as follows:

**I.**

On or about August 15, 2006, Defendant filed its Motion to Compel Discovery of Plaintiff. In its Motion, Defendant has laid out interrogatory numbers with a brief description, disclosures with a brief description and admissions with a brief description. Plaintiff has answered or objected to each of Defendant's requests properly. Defendant's Motion only lists the discovery served on Plaintiff, it does not address Plaintiff's objections therein or their validity. Defendant has not set out any case law or authority explaining specifically why Plaintiff's objections are not proper under Fed. R. Civ. P. 33(b)(4) or 369(a) or any other applicable rule, it has simply made conclusory statements. For example, Defendant has served

more than twenty five interrogatories upon Plaintiff without leave of court in violation of Fed. R. Civ. P. 33(a). Pursuant to Fed. R. Civ. P. 26(b)(2) this Court can limit the discovery. Defendant has provided no basis or reasoning as to why it is entitled to the discovery sought and for this reason, its Motion should be denied.

Respectfully submitted,

**SCHERR, LEGATE & EHRLICH, PLLC**
Attorneys for Plaintiff
109 N. Oregon, 12th Floor
El Paso, Texas 79901
(915) 544-0100
(915) 532-1759 (Facsimile)

_____
JAVIER ESPINOZA
State Bar No. 24036534

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September 2006, a true and correct copy of the foregoing was DELIVERED to:

Jeff Ray
Ray, Valdez, McChristian & Jeans.
Attorney at Law
5822 Cromo Drive
El Paso, Texas 79912

Lisa A. Elizondo
Elizondo, Hayes & Locke, P.C.
Attorneys at Law
2524 Montana
El Paso, Texas 79903

_____
JAVIER ESPINOZA