IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| VICTOR CHAPARRO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | No. EP-06-CA-0159DB |
| | § | |
| ALAMO GENERAL CONTRACTORS, INC., | § | |
| LAMPSON INTERNATIONAL, LLC., and | § | |
| WESTERN SUMMIT, | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Comes now Plaintiff, VICTOR CHAPARRO, ALAMO GENERAL CONTRACTORS, INC. LAMPSON INTERNATIONAL, LLC. AND WESTERN SUMMIT, Defendants in the above styled and numbered cause, and pursuant to Fe. R. Civ. P. 6 (b) file this Joint Motion to Amend Scheduling Order and for cause would respectfully show the Court the following:

1. This case was originally removed to Federal Court on May 1, 2006. On June 26, 2006, the Court entered a scheduling order which set this case for trial on January 29, 2007. The current discovery completion date is December 22, 2006. Further, the deadline for filing dispositive motions is December 29, 2006.

2. On December 6, 2006, this Court granted Plaintiff's Motion for Leave to File an Amended Complaint in which Plaintiff added two new Defendants and made additional allegations against the existing Defendants.

3. On December 15, 2006, granted Defendants Lampson and Western's Motion for Protective Order and to Quash Depositions. In the Order, the Court instructed the parties to confer as to deposition dates and regarding the documents to be produced at depositions.

4. On December 19, 2006, the parties agreed to confer on deposition dates and discovery disputes. The parties also agreed to reschedule the depositions which were set for the week of December 18th through 22nd 2006. The parties also agreed to file this motion for the extension of scheduling deadlines and the trial of this case.

5. According to the Court records, Defendant T&T Staff Leasing has been recently served and an answer is not anticipated until the end of this month. AMS Staff Leasing has also been served and their answer is due in January. Once served, it is anticipated that the new Defendants may want to engage in discovery and enlarge the scheduling order currently placed with the Court. It is for these reasons, and costly duplicative discovery that the parties seek to modify the Court scheduling order.

6. A scheduling order can be modified with the Court's permission for good cause. Fed. R. Civ. P. 16 (b); S&W Enters v. South Trust Bank, 315Fm3d,533m535 (5th Cr. 2003). This Court has discretion to grant this motion pursuant to Fed. R. civ. P. 6 (b); Hetzel v. Bethlehem Steel Corp, 50 F. 3d.360.367 (5th Cir. 1995). Movants seek the Court's permission for the modification of the scheduling order and for good cause request the Court to grant this motion.

7. The parties are in agreement and there is no opposition.

8. This motion os filed within the current discovery deadline of December 22, 2006.

9. This motion is not made for the purpose of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the Parties pray that this Court Grant the Motion to Amend the Scheduling Order and for such other and further relief to the parties are justly entitled.

                                        Respectfully submitted,

                                        **SCHERR & LEGATE, PLLC**
                                        Attorneys for Plaintiff
                                        109 N. Oregon, 12th Floor
                                        El Paso, Texas 79901
                                        (915) 544-0100
                                        (915) 532-1759 (Facsimile)

DATE: December 22nd, 2006                 _____
                                                JAVIER ESPINOZA
                                                State Bar No. 24036534

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2006, a true and correct copy of the foregoing was mailed to:

Jeff Ray
Attorney at Law
5822 Cromo Drive
El Paso, Texas 79912

Lisa A. Elizondo
Attorneys at Law
2524 Montana
El Paso, Texas 79903

_____
JAVIER ESPINOZA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| VICTOR CHAPARRO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | No. EP-06-CA-0159DB |
| | § | |
| ALAMO GENERAL CONTRACTORS, INC., | § | |
| LAMPSON INTERNATIONAL, LLC., and | § | |
| WESTERN SUMMIT, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

CAME ON TO BE HEARD Plaintiff, Victor Chaparro and Defendants Alamo General Contractors, Inc., Lampson International, L.L.C. and Western Summit's Joint Motion to Amend Scheduling Order in the above-styled and numbered case. After considering the motion, the Court is of the opinion the following order should be entered.

IT IS THEREFORE ORDERED that Plaintiff, Victor Chaparro and Defendants Alamo General Contractors, Inc., Lampson International, L.L.C. and Western Summit's Joint Motion to Amend Scheduling Order be and is hereby GRANTED.

SIGNED on this _____ day of _____, 2006.

_____
**UNITED STATES DISTRICT JUDGE**